WEST et al., Appellants, v. DANA et al., Respondents.

(1'52 N. W. 504.)

(File No. 3714.    Opinion filed May 10, 1915.)

**Appeal—Abandonment of Appeal—Stipulation for Time, after Notice of Appeal—No Brief—Affirmance.**

Where, after notice of appeal served and filing copy of the same in this Court, nothing further being done except that a stipulation extending time to file abstract and brief was filed three days after filing of notice of appeal, no brief being filed, the appeal will be deemed abandoned and the decision below affirmed.

Appeal from Circuit Court, Sanborn County. Hon. FRANK B. SMITH, Judge.

Action by William S. West and another against Ruel E. Dana and others. From a judgment for defendants, plaintiffs appeal. Affirmed.

*S. A. Ramsey,* for Appellants.

*Spangler & Haney,* for Respondents.

SMITH, J.   The record on file in this case shows that a notice of appeal was served on respondent and on the clerk of the circuit court of Sanborn county on October 24, 1914, and filed in the clerk's office on October 26, 1914. These facts appear from a duly certified copy of the notice of appeal with proof of service thereof, which was filed in this court on October 29, 1914. No further steps appear to have been taken by appellant to present the appeal to this court, except a stipulation in writing,

by counsel, dated October 24, 1914, and filed in this court October 29, 1914, extending for 90 days the time within which appellant might prepare, print, serve, and file abstract and brief. None has been filed. The appeal will be deemed abandoned, and the judgment and order of the trial court are therefor affirmed. Gottwerth v. Thompson, 32 S. D. 290, 142 N. W. 1133; Ward v. Egan, 33 S. D. 16, 144 N. W. 439.